```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03993
  NANCY ANN ARNOLD
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

      Debtor
  SSN XXX-XX-9837

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 02/21/08 and confirmed on 05/07/08.

  2.  The plan is paid in full.

  3.  The Debtor paid a total of $  16200.00 .

  4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
HARRIS BANK CONSUMER LOA   SECURED VEHIC     5488.75         77.01       5488.75
AES/PHEAA                  UNSECURED         4588.50           .00       4588.50
LOYOLA MEDICAL CENTER      UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          312.23           .00        312.23
         Summary of disbursements:
-------------------------------------------------------------------------------
                SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5488.75       .00      4900.73         .00       10389.48
PRINCIPAL PAID      5488.75       .00      4900.73         .00       10389.48
INTEREST PAID         77.01       .00           .00        .00           77.01
TOTAL PAID          5565.76       .00      4900.73         .00       10466.49
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $  1800.00  direct and $  1700.00  through the plan.

The Trustee received $    721.64 .

Refunds to the Debtor totaled $   3311.87 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


  Dated: 01/14/09                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
   CASE NO. 08 B 03993 NANCY ANN ARNOLD
```